UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)  Criminal No. 20-cr-10164-NMG<br>TIMOTHY TORIGIAN, et al., )<br>)<br>Defendants. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY GOVERNMENT ATTORNEY**

Undersigned counsel hereby withdraws her appearance. AUSA Mark Grady will continue representing the government.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Christine Wichers*
Christine Wichers
Assistant U.S. Attorney

Certificate of Service

I certify that this document, filed through the Court's Electronic Court Filing (ECF) system on April 9, 2024, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christine Wichers*
Christine Wichers
Assistant U.S. Attorney